## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,     :

                       :

    v.                 :            **CASE NO:**

                       :     **7:25-cr-16–WLS-ALS-1**

                       :

JONATHAN LAMAR WOOTEN,     :

                       :

    Defendant.         :

                       :

## ORDER

The Court intends to notice this case for the May 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, February 27, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 18th day of February 2026.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1